**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. l:19-cv-03492 ) |
| v. | ) ) |
| ALLSTATE INSURANCE COMPANY, et al. | ) Hon. Judge Steven C. Seeger ) ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND THE TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and 7(b) and Local Rules 5.3 and 5.4, Plaintiff Robert Hossfeld and Defendants Allstate Insurance Company and All Web Leads, LLC respectfully move for an extension of time for Defendants to answer or otherwise plead to **September 9, 2020** for the reasons stated below.

1. The deadline for Defendants to file a responsive pleading is currently August 7, 2020.

2. The parties have been diligently discussing settlement of this matter and believe that an extension until September 9, 2020, will provide sufficient time to finalize any such agreement(s). The parties are very close to finalizing settlement agreements and believe those negotiations will be in complete within the next two weeks.

3. For the foregoing reasons, the parties respectfully request that the motion be granted and that the time for Defendants to answer or otherwise respond to Plaintiff's amended complaint be extended up to and including **September 9, 2020**.

Dated: August 6, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Jordan M. Heinz* | */s/ Alexander H. Burke* (with consent) |
| Richard C. Godfrey, P.C. | Alexander H. Burke |
| Jordan M. Heinz | BURKE LAW OFFICES, LLC 909 |
| KIRKLAND & ELLIS LLP | Davis St., Suite 500 Evanston, IL 60201 |
| 300 North LaSalle | Tel.: (312) 729-5288 |
| Chicago, IL 60654 | aburke@burkelawllc.com |
| Tel.: (312) 862-2000 | *Counsel for Plaintiff* |
| Fax: (312) 862-2200 | |
| rgodfrey@kirkland.com | |
| jheinz@kirkland.com | |
| *Attorneys for Defendant Allstate Insurance Company* | |

*/s/ William E. Raney* (with consent)
William E. Raney
COPILEVITZ, LAM & RANEY, P C.
310 West 20th Street, Suite 300
Kansas City, MO 64108
Tel.: (816) 472-9000
Fax: (816) 472-5000
braney@clrkc.com
*Attorney for Defendant All Web Leads, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jordan M. Heinz*
