### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:19-cv-03492 |
| v. ) ) | |
| ALLSTATE INSURANCE COMPANY, et al. ) ) ) | Hon. Judge Steven C. Seeger Hon. Mag. Judge Sidney I. Schenkier |
| Defendants. ) | |

### STIPULATION OF DISMISSAL AS TO
### ALL WEB LEADS AND ALLSTATE, ONLY

Plaintiff on one hand, and defendants Allstate Insurance Company and All Web Leads, LLC on the other, hereby stipulate to dismissal Plaintiff's claims with prejudice, without costs. This stipulation resolves all remaining claims as to Allstate and All Web Leads, LLC.

This case will persist with Logan Bailey as the defendant. Plaintiff requests that the Court resolve his Motion to Compel against Mr. Bailey, which was transferred from the Northern District of Texas, and then reassigned to this Court. Dkt. 60.

Dated: September 25, 2020

Respectfully submitted,

*/s/ Jordan M. Heinz* (with consent)
Richard C. Godfrey, P.C.
Jordan M. Heinz
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel.: (312) 862-2000
Fax: (312) 862-2200
rgodfrey@kirkland.com
jheinz@kirkland.com
*Attorneys for Defendant Allstate Insurance Company*

*/s/ Alexander H. Burke*
Alexander H. Burke
BURKE LAW OFFICES, LLC 909
Davis St., Suite 500 Evanston, IL 60201
Tel.: (312) 729-5288
aburke@burkelawllc.com
*Counsel for Plaintiff*

*/s/ William E. Raney* (with consent)
William E. Raney
COPILEVITZ, LAM & RANEY, P C.
310 West 20th Street, Suite 300
Kansas City, MO 64108
Tel.: (816) 277-0856
Fax: (816) 472-5000
braney@clrkc.com
*Attorney for Defendant All Web Leads, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Alexander H. Burke