IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19-cv-03492 |
| v. | )<br>) |
| LOGAN BAILEY, | ) Hon. Judge Steven C. Seeger<br>) Hon. Mag. Judge Sidney I. Schenkier |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robert Hossfeld voluntarily dismisses Defendant Logan Bailey from this action without prejudice. Logan Bailey is the sole remaining defendant, and he has not answered or filed for summary judgment.

Respectfully submitted,

Dated: December 7, 2021

ROBERT HOSSFELD, individually and on behalf of others similarly situated

By: _/s/ Alexander H. Burke_

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on December 7, 2021, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                             */s/ Alexander H. Burke*